UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Philip Jones,

    Plaintiff,

Case No. 14-cv-3246 PJS/FLN

v.

ORDER

Warden Denese Wilson,

    Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 17, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Petitioner's motion for summary judgment (ECF No. 9) is **DENIED**.

DATED: 8/7/15

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Court Judge