UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Philip Jones,

        Plaintiff,

Case No. 14-cv-3246 PJS/FLN

v.

ORDER

Denise Wilson Warden,

        Defendant.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 20, 2015, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Jones's Writ of Habeas Corpus is **DENIED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 12/16/15

s/Patrick J. Schiltz
PATRICK J. SCHILTZ
United States District Court Judge